## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANDREW WILLIAM PANKOTAI, | No. 3:21-CV-00034 |
| Movant, | (Judge Brann) |
| v. | (Magistrate Judge Saporito) |
| UNITED STATES OF AMERICA, | |
| Respondent. | |

## <u>ORDER</u>

### MARCH 9, 2021

Plaintiff filed the instant action on January 8, 2021, and it was jointly assigned to the undersigned and to a magistrate judge.  Upon designation, a magistrate judge may "conduct hearings, including evidentiary hearings, and . . . submit to a judge of the court proposed findings of fact and recommendations."[1] Once filed, this report and recommendation is disseminated to the parties in the case who then have the opportunity to file written objections.[2]

On February 1, 2021 Magistrate Judge Joseph F. Saporito, Jr., to whom this matter is jointly assigned, issued a thorough report and recommendation recommending that the motion for compassionate release be denied because he is

---

[1]   28 U.S.C. § 636(b)(1)(B).
[2]   28 U.S.C. § 636(b)(1).

in state custody pursuant to a state court judgment and 18 U.S.C. § 3582(c)(1)(A) applies only to federal prisoners.[3]

No objections to the report and recommendation have been filed. For portions of the report and recommendation to which no objection is made, the Court should, as a matter of good practice, "satisfy itself that there is no clear error on the face of the record in order to accept the recommendation."[4]  Regardless of whether timely objections are made by a party, the District Court may accept, not accept, or modify, in whole or in part, the findings or recommendations made by the magistrate judge.[5]

Because I write solely for the parties, I will not restate the facts, but will instead adopt the recitation of facts as set forth by the magistrate judge. I have conducted a de novo review here and found no error.

**AND NOW, IT IS HEREBY ORDERED** that:

1.    Magistrate Judge Saporito's Report and Recommendation, (Doc. 7) is **ADOPTED in full**.

2.    The motion for compassionate release is denied.

---

[3]    *See, e.g.*, *Phelps v. Superintendent, Gouverneur Correctional Facility*, 2020 WL 7711619, at *1 (S.D.N.Y. Dec. 29, 2020).

[4]    Fed. R. Civ. P. 72(b), advisory committee notes; *see also Univac Dental Co. v. Dentsply Intern., Inc.*, 702 F.Supp.2d 465, 469 (M.D. Pa. 2010) (*citing Henderson v. Carlson*, 812 F.2d 874, 878 (3d Cir. 1987) (explaining that judges should give some review to every report and recommendation)).

[5]    28 U.S.C. § 636(b)(1); Local Rule 72.31.

3.      The Clerk of Court is directed to close the case file.

BY THE COURT:


*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge